

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-20-00376-CV

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellant
v.
**IMPACTO MEDIA, INC**.,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 5, 2020, appellant filed a Motion to Stay. Appellee has advised this court that it does not oppose the relief requested. Accordingly, the Motion to Stay is GRANTED.

It is ORDERED that all proceedings, including discovery, in the underlying litigation pending in the 341st Judicial District Court, Webb County, Texas, is stayed pending resolution of this accelerated appeal.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court